IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00055-BNB

DARIAN L. HUNTER,

    Plaintiff,

v.

UNKNOWN NAMED U.S. MARSHAL 1,
UNKNOWN NAMED U.S. MARSHAL 2,
AURORA POLICE OFFICER FANIA,
AURORA POLICE OFFICER MARK ASSMUSSEN, and
UNITED STATES MARSHALS SERVICE,

    Defendants.

## ORDER OF DISMISSAL

On January 17, 2012, Magistrate Judge Craig B. Shaffer entered an order directing Plaintiff, Darian L. Hunter, to file an amended complaint that is limited to his claim or claims against the Defendants in this action and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  Mr. Hunter also was directed to commence making monthly filing fee payments in accordance with 28 U.S.C. § 1915(b)(2) or to show cause each month why he is unable to make the required monthly filing fee payment.  Mr. Hunter was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days or if he failed in any month either to make the required monthly filing fee payment or to show cause why he is unable to make the required monthly filing fee payment.

Mr. Hunter has failed to file an amended complaint within the time allowed and

he has failed to respond in any way to Magistrate Judge Shaffer's January 17 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Hunter failed to comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  27th  day of   February  , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court